UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE LEE MOODY,<br><br>    Plaintiff,<br><br>v.<br><br>CHIBA, et al.,<br><br>    Defendants. | Case No. 15-cv-05869-JSC<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a California prisoner, has filed this pro se civil rights complaint under 42 U.S.C. § 1983, along with an application to proceed in forma pauperis. The complaint makes the same claims of excessive force against officers at the San Francisco County Jail as the in forma pauperis complaint that Plaintiff filed in his earlier case, *Moody v. Simms, et al.*, No. C 15-4198 JSC (PR). Plaintiff's earlier case is currently pending. An in forma pauperis complaint that is duplicative insofar as it merely repeats claims raised in a prior case, like the complaint herein, may be considered abusive and dismissed under the authority of section 1915(e). *Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995); *see also  Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988) (same). Any claims Plaintiff wishes to raise arising out of the events alleged in Plaintiff's earlier case must be raised in that case, not in a complaint filed in a new case. Accordingly, this action is DISMISSED.

The Clerk shall close the file and enter judgment.

**IT IS SO ORDERED.**

Dated: January 26, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge